IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLYDE EDINBOROUGH,

    Petitioner,

vs.

ANTHONY HAYNES, Warden,

    Respondent.

CIVIL ACTION NO.: CV210-026

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner asserts that 28 U.S.C. § 2241 is the proper vehicle for challenging his place of incarceration, and that he is qualified to be considered for placement in a less secured facility. Decisions regarding a petitioner's security classification are discretionary functions of the Bureau of Prisons. Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. That portion of the petition seeking relief pursuant to 28 U.S.C. § 2241 as it relates to Edinborough's Federal Prison Camp placement is **DENIED**. The civil rights claims set

forth in the petition are **dismissed** without prejudice. The Clerk is authorized and directed to enter the appropriate Judgment.

        **SO ORDERED**, this 29th day of June, 2010.

        LISA GODBEY WOOD, CHIEF JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA